**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Adrienne L. Kromer
Debtor(s)

CHAPTER 13

BKY. NO. 26-14322 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/Maggie Soboleski
Maggie Soboleski
29 Oct 2026, 09:19:34, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322